■ JOHN F. VILLACAMPA, an Infant, by His Father and Natural Guardian, JOHN F. VILLACAMPA, et al., Respondent, v RELIANCE INSURANCE COMPANY, Appellant.—Order, Supreme Court, New York County, entered on June 23, 1977, unanimously affirmed on the opinion of Asch, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Evans, J. P., Fein, Lane, Markewich and Sandler, JJ.

■ CARLOS SINHOGAR et al., Respondents, v CAROL PARRY et al., Appellants, and PHILIP TOIA, as Commissioner of the New York State Department of Social Services, Respondent.—Order, Supreme Court, New York County, entered on December 29, 1977, unanimously affirmed, on the opinion of Dontzin, J., at Special Term, without costs and without disbursements. Concur—Evans, J. P., Fein, Lane, Markewich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES LAY, Appellant.—Judgment, Supreme Court, New York County, rendered on April 21, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Evans, J. P., Fein, Lane, Markewich and Sandler, JJ.

■ In the Matter of RAYMOND TINSLEY, Petitioner, v IVAN WARNER, as a Justice of the Supreme Court of the State of New York, Respondent.— Application for an order in the nature of a writ of prohibition unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. The stay, dated April 28, 1978, annexed to the notice of application, is vacated. No opinion. Concur—Lupiano, J. P., Silverman, Lane, Sandler and Sullivan, JJ.